### HOWARD et al. v. BOONE, administratrix.

GILBERT, J. The exception is to a judgment of the superior court dismissing a petition for certiorari. The certiorari complains of a judgment of the court of ordinary refusing to set aside a judgment dismissing an administratrix. This court is without jurisdiction; and accordingly the case is transferred to the Court of Appeals; which has jurisdiction. See *Blount* v. *Brinson,* 172 *Ga.* 663 (158 S. E. 527), which involved the same question. *So ordered. All the Justices concur.*

No. 8742. FEBRUARY 10, 1932.

330

*Fleming & Fleming* and *Wade H. Watson,* for plaintiffs in error.
*M. C. Barwick* and *J. P. Highsmith,* contra.